ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                )
                                           )
Xerox Corporation                          )  ASBCA Nos. 63436, 63437
                                           )
Under Contract No. W9124A-14-D-001-1N04  )

APPEARANCE FOR THE APPELLANT:          Donald J. Walsh, Esq.
                                         RKW, LLC
                                         Owings Mills, MD

APPEARANCES FOR THE GOVERNMENT:        Dana J. Chase, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Nhu T. Tran, JA
                                       CPT Natalie W. McKiernan, JA
                                         Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 22, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63436, 63437, Appeals of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated: November 22, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals